EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DATASPHERE, LLC

Plaintiff

v.                                                        Civ. No. 2:26-cv-00075-JRG

EQUINIX, INC.,

Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:    EQUINIX, INC.

Date Party's answer was originally due:                                    02/27/2026

Date Party's answer is now due (must not exceed 45 days after original due date):    04/13/2026

Date: 02/23/2026                    /s/   *Greg Love*
                                    Full Name: Greg Love
                                    State Bar No.: 24013060
                                    Address: 104 East Houston Street, Suite 115
                                             Marshall, Tx 75670


                                    Phone: (903) 212-4444
                                    Fax: (903) 392-2267
                                    Email: glove@cjsjlaw.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)